NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RON KRAMER, SAL ABRAHAM,** AND
**THERMOLIFE INTERNATIONAL LLC,**
*Plaintiffs-Appellees,*

**v.**

**CREATIVE COMPOUNDS, LLC,**
*Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - - - -

**CREATIVE COMPOUNDS, LLC,**
*Plaintiff-Appellant,*

**v.**

**RON KRAMER** AND **SAL ABRAHAM,**
*Defendants-Appellees.*

---

2014-1284

---

Appeals from the United States District Court for the District of Arizona in Nos. 2:11-cv-01965-JAT and 2:11-cv-02033-JAT, Judge James A. Teilborg.

---

**JUDGMENT**

---

NELSON D. NOLTE, of Manchester, Missouri, argued for Creative Compounds, LLC.

GEOFFREY S. KERCSMAR, Kercsmar & Feltus, PLLC, of Scottsdale, Arizona, argued for Ron Kramer, et al. With him on the brief was GREGORY B. COLLINS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2014
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court